42 F.3d 646
 Tindal (Linda J.)
v.
Montgomery County Commission, Commissioners, McWhorter (Mack
O.), Bray (Frank A.), Joseph (W.F., Jr.), Knight (John F.,
Jr.), McGowan (Lynn A.), Montgomery County Sheriff's
Department, Butler (M.S.), Jones (Dan), as Sheriff of
Montgomery County Sheriff's Department, City and County of
Montgomery Personnel Department, A,B,C Ficticious Defendents
 NO. 92-7076
 United States Court of Appeals,
Eleventh Circuit.
 Dec 08, 1994
 M.D.Ala., 32
 F.3d 1535
 
 1
 DENIALS OF REHEARING EN BANC.